

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Angel Dawn Reaves, Appellant

No. 06-24-00019-CR        v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 30530). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Angel Dawn Reaves, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 14, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk